UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL EUGENE JOHNSON,<br><br>    Plaintiff,<br><br>    v.<br><br>JOSEPH CRUZ, et al.,<br><br>    Defendants. | Case No. 22-cv-02580-JD<br><br>**ORDER OF TRANSFER**<br><br>Re: Dkt. No. 10 |

This is a civil rights case brought pro se by a state prisoner. The original complaint was dismissed with leave to amend to provide more information. Plaintiff filed an amended complaint and clarified that this case involves medical care while he was incarcerated at California Men's Colony which is located in the Central District of California. Plaintiff was initially incarcerated in this district but was recently transferred to a prison in the Eastern District of California. Because the events for this case and defendants are located in the Central District, venue properly lies in that district and not in this one. *See* 28 U.S.C. § 1391(b).

This case is **TRANSFERRED** to the United States District Court for the Central District of California. *See* 28 U.S.C. § 1406(a). Plaintiff's motion to proceed in forma pauperis (Dkt. No. 10) is **DENIED** as moot because in forma pauperis status was previously granted.

**IT IS SO ORDERED.**

Dated: September 13, 2022

JAMES DONATO
United States District Judge